Name Arthur D'Amario III
Address 1488 W. Camino de la Oca
City, State, Zip Green Valley, AZ 85614
Telephone number 520-648-2280

[redacted] 05 132 ML

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~ARIZONA~~ RHODE ISLAND

| | |
|---|---|
| Arthur D'Amario III<br><br>Plaintiff,<br><br>vs.<br><br>William E. Smith, et al.<br><br>Defendant. | CV<br><br>**MOTION TO PROCEED IN FORMA PAUPERIS and SUPPORTING INFORMATION** |

I, Arthur D'Amario III, declare that I am the Plaintiff in this action; that I hereby request to proceed without being required to prepay fees, costs or give security therefore. I state that, because of my poverty, I am unable to pay the fees of said proceeding; that I believe I am entitled to relief.

In further support of this application, I answer the following questions:

1. Are you presently employed? Yes (No) [circled]

   a. If the answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. June 1987, $10 per hour, U.S. Postal Service

2. Is your spouse employed? n/a Yes No

3. Have you received within the past twelve months any money from any of the following sources?

a. Business or other form of self employment Yes No (circled)

b. Rent payments, interest or dividends Yes No (circled)

c. Pensions, annuities or life insurance payments Yes No (circled)

d. Gifts or inheritances Yes No (circled)

e. Any other sources Yes (circled) No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. $3,000 from Social Security. I owe $150 in doctors' fees and $1,300 to Bank of America for money borrowed to hire a lawyer.

4. Do you own any cash, or do you have money in checking or savings accounts?

If the answer is "yes", what is the amount of money you own in cash $20,

checking account $400, savings account $50.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding household furnishing and clothing)? Yes (circled) No

If the answer is "yes", describe and give estimated value of each. 1992 Ford Mustang, valued at $1,000.

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute towards their support. I give my parents $100 each month for groceries.

I declare under penalty of perjury that the forgoing is true and correct.

DATED this 22 day of March, 2005.

[signature]
Your signature in ink

Arthur D'Amario III
Your name typed or printed

~~1488 W. Camino de la Oca~~
Green Valley, AZ 85614
Address

520-648-2280
Telephone Number

# United States Court of Appeals
## For the First Circuit

No. 04-1205

UNITED STATES,

Appellee,

v.

ARTHUR D'AMARIO, III,

Defendant, Appellant.

ORDER OF COURT

Entered: February 16, 2005

The motion for leave to proceed in forma pauperis on appeal is granted.

The motion for appointment of counsel is denied.

The appellee's memorandum in support of its motion for summary disposition shall be treated as the appellee's brief. The appeal shall be submitted on briefs and decided in due course.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:____________________________
Chief Deputy Clerk.

[cc: Stephanie S. Browne, Esq., James H. Leavey, Esq., Adi Goldstein, Esq., Donald C. Lockhart, Esq. and Arthur D'Amario, III]

# United States Court of Appeals
## For the First Circuit

No. 04-1579

IN RE: ARTHUR D'AMARIO, III,

Petitioner.

ORDER OF COURT

Entered: February 16, 2005

The motion to proceed in forma pauperis is granted.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: Arthur D'Amario, III]