UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO, III

vs. C.A. NO. 05-132ML

WILLIAM E. SMITH;
ROBERT W. LOVEGREEN;
BARRY J. WEINER

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
March 29 , 2005

Entered as an Order of this Court on March 30 , 2005.

Barbara Barletta
Deputy Clerk