UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. CA No. 05-132

WILLIAM E. SMITH, et al.

**ORDER OF RECUSAL**

We hereby recuse ourselves from participation in this case.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Ronald R. Lagueux
Sr. United States District Judge

Date: April 6 , 2005

4