UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. CA No. 05-132

WILLIAM E. SMITH, et al.

**TRANSFER ORDER**

The above-captioned case arises out of a civil matter in which all judges in this district have recused themselves. Since a related case, previously, was referred to the District of Maine, this case is hereby referred to the District of Maine for assignment to a judge in that District, sitting by designation.

Jurisdiction of the case remains with the Rhode Island District Court. All original pleadings, motions, memos and filings will continue to be filed with the Clerk in the District of Rhode Island, but copies of same shall be filed in the District of Maine with certification to that effect. Both district court numbers must appear on all filings.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: April 6, 2005

5