UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARTHUR D'AMARIO, III,<br>Plaintiff,<br><br>v.<br><br>WILLIAM E. SMITH,<br>ROBERT W. LOVEGREEN,<br>BARRY J. WEINER,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 05-132ML |

**ORDER**

I hereby recuse myself from participation in this case.

| | |
|---|---|
| ENTER: | BY ORDER: |
| David L. Martin<br>David L. Martin<br>United States Magistrate Judge<br>April 11, 2005 | Martha Saucier<br>Deputy Clerk |

6