UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO

v. DOCKET NO. 05-CV-132

BARRY J. WEINER, *et al.*

ORDER

All of the judges in the District of Rhode Island are recused from presiding over this case, in light of the fact that the Plaintiff is suing this District's Chief Probation Office, Barry. J. Weiner. On April 6, 2005, this case was transferred to the District of Maine and has been assigned to Judge D. Brock Hornby.

The recusal of all of the judges of this court gives rise to an "emergency" with respect to the transferred case as that term is used in Title 28, U.S.C. Section 636(f). I therefore concur in the assignment of a Magistrate Judge from the District of Maine to perform the duties specified in 28 U.S.C. Section 636(a)-(c).

SO ORDERED.

Ernest C Torres

Ernest C. Torres
Chief Judge, U.S. District Court

Dated this 19 day of April, 2005.

CONCURRING ORDER

I concur that an emergency exists as specified in above and that for the duration of this case, Magistrate Judges Cohen and Kravchuk are assigned to perform such duties under 28 U.S.C. Section 636(a)-(c) as may be assigned to him/her by the District Judge to whom this case is assigned.

George Z. Singal
Chief Judge, Assignee District.

7