UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF MAINE
2005 APR 21 P 1:43
DEPUTY CLERK

| | | |
|---|---|---|
| ARTHUR D'AMARIO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | DOCKET NO. 05-CV-132 ML |
| | ) | |
| BARRY J. WEINER, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED. The Clerk is directed to file the Complaint without the prepayment of fees or the necessity of giving security therefor.

Dated April 21, 2005

Margaret J. Kravchuk
U.S. Magistrate Judge

9