Aug. 16, 2005

Clerk
US District Court
156 Federal St.
Portland, ME

2005 AUG 19 P 12:03

RE: D'AMARIO v. WILLIAM E. SMITH, ROBERT W. LOVEGREEN & BARRY J. WEINER, C.A. No. 05-_____

BY ______ DEPUTY CLERK

05-132-ML

Dear Madam:

The above civil action, D'Amario v. Smith et al., was commenced in the district court at Providence, RI, in March 2005. It was ordered transferred to the district of Maine by Judge Lisi.

I wish to withdraw my complaint, which has not yet been served. If the action is considered "filed," then Rule 41(a) allows me to dismiss without prejudice on my own initiative.

I've incorporated the claim in my Amended Complaint in the connected D'Amario v. Weiner, C.A. No. 04-232-P-H (D.Me.). I mailed my amended complaint last week to the Bangor court.

SCANNED

Plaintiff, pro se,

[signature]

Arthur D'Amario 02989-070
US Medical Center
POB 4000
Springfield, MO 65801-4000

RECEIVED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND